[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 24-12084

Non-Argument Calendar

————————————

THE CREST AT BERKELEY LAKE,
THE MANAGEMENT GROUP, LLC,

Plaintiffs-Appellees,

*versus*

CECILIA WARD,
and all other occupants,

Defendant-Appellant.

————————————

Appeal from the United States District Court
for the Northern District of Georgia

2                    Opinion of the Court                    24-12084

D.C. Docket No. 1:24-cv-02539-SCJ

————————————

Before WILSON, NEWSOM, and LAGOA, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Cecilia Ward, *pro se*, appeals directly from the magistrate judge's report and recommendation ("R&R") that her case be remanded to state court for lack of subject matter jurisdiction. However, the district court had not adopted the R&R or otherwise rendered it final when Ward appealed, and a later adoption cannot cure the premature appeal. *See* 28 U.S.C. § 1291; *Donovan v. Sarasota Concrete Co.*, 693 F.2d 1061, 1066-67 (11th Cir. 1982) (explaining that magistrate judge orders issued pursuant to 28 U.S.C. § 636(b) are not final and may not be appealed until rendered final by a district court); *Perez-Priego v. Alachua Cnty. Clerk of Ct.*, 148 F.3d 1272, 1273 (11th Cir. 1998) (holding that a magistrate judge's R&R that has not been adopted by the district court is not final and immediately appealable).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.